- Backup all files
- Mail backup
- Burn Aliases
- Wipe down comps

ANDRIKO