- contest of who to
dox nEXT

- youtube, twitter