UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACKSON ALEXANDER COSKO,<br><br>Defendant. | Case No. 18-cr-303 (TFH) |

## ORDER

Having considered the government's Consent Motion to Exclude Time Under the Speedy Trial Act [ECF No. 10], and for the reasons stated by the Court during the October 15, 2018 status conference, it is hereby

**ORDERED** that the time from today, October 15, 2018, through November 16, 2018, is excluded from the speedy trial clock pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and (h)(1)(D).

**SO ORDERED.**

October 15, 2018

_____
Thomas F. Hogan
SENIOR UNITED STATES DISTRICT JUDGE