# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 18-CR-303** |
| v. | : | **VIOLATIONS:** |
| **JACKSON ALEXANDER COSKO,** | : | **18 U.S.C. § 119 (Making Public Restricted Personal Information)** |
| Defendant. | : | |
| | : | **18 U.S.C. § 1030(a)(2) (Computer Fraud)** |
| | : | **18 U.S.C. § 1512(b)(3) (Witness Tampering)** |
| | : | **18 U.S.C. § 1512(b)(2)(B) (Obstruction of Justice)** |
| | : | **FORFEITURE ALLEGATION:** **18 U.S.C. § 1030(i) and (j), 21 U.S.C. § 853(p) (Criminal Forfeiture).** |

## SUPERSEDING INFORMATION

### COUNT ONE
### (Making Public Restricted Personal Information)

On or about September 27, 2018, in the District of Columbia, the defendant, JACKSON ALEXANDER COSKO, knowingly made restricted personal information about United States Senators Lindsay Graham, Orrin Hatch, and Mike Lee, who are covered persons under 18 U.S.C. §119(b)(2)(A), publicly available, with the intent to intimidate, and with the intent and knowledge that the restricted personal information would be used by others to intimidate, United States Senators Lindsay Graham, Orrin Hatch, and Mike Lee, by publishing the Senators' home addresses and home telephone numbers on a public and popular website available on the internet.

**(Making Public Restricted Personal Information,** in violation of
Title 18, U.S. Code, Section 119))

## COUNT TWO
### (Making Public Restricted Personal Information)

On or about October 1, 2018, in the District of Columbia, the defendant, JACKSON ALEXANDER COSKO, knowingly made restricted personal information about United States Senators Rand Paul and Mitch McConnell, who are covered persons under 18 U.S.C. §119(b)(2)(A), publicly available, with the intent to intimidate, and with the intent and knowledge that the restricted personal information would be used by others to intimidate, United States Senators Rand Paul and Mitch McConnell, by the Senators' home addresses and home telephone numbers on a public and popular website available on the internet.

**(Making Public Restricted Personal Information,** in violation of
Title 18, U.S. Code, Section 119))

## COUNT THREE
### (Computer Fraud)

Between on or about July 26, 2018, and October 2, 2019, in the District of Columbia, JACKSON ALEXANDER COSKO, in furtherance of a criminal and tortious act in violation of the Constitution and the laws of the United States, specifically, identity theft, in violation of Title 18, United States Code, Section 1028(a)(7), intentionally accessed multiple computers used by the United States Senate without authorization, and thereby obtained information from those protected computers, said protected computers belonging to a department or agency of the United States, that is, the United States Senate.

**(Computer Fraud,** in violation of Title 18, United States Code, Sections 1030(a)(2) and (c)(2)(B)(ii))

## COUNT FOUR
### (Witness Tampering)

On or about October 3, 2018, in the District of Columbia, JACKSON ALEXANDER COSKO did knowingly use intimidation, threats, and corrupt persuasion to attempt to hinder, delay or prevent Witness 2, an individual known to the defendant, from communicating with federal law enforcement offers information about the defendant's commission of Federal offenses, to wit, computer fraud.

(**Witness Tampering,** in violation of Title 18, United States Code, Section 1512(b)(3))

## COUNT FIVE
### (Obstruction of Justice)

On or about October 3, 2018, in the District of Columbia, JACKSON ALEXANDER COSKO did knowingly corruptly persuade a person referred to here as SUBJECT A, by instructing SUBJECT A to alter, destroy, and mutilate computer evidence, keyboards, and latent fingerprint evidence, with the intent to cause and induce SUBJECT A to alter, destroy, and mutilate said computer evidence, keyboards, and latent fingerprint evidence, with the intent to impair their integrity and availability for use in an official proceeding, that is a grand jury proceeding and a criminal trial in the District of Columbia.

(**Obstruction of Justice,** in violation of Title 18, United States Code, Section 1512(b)(2)(B))

## FORFEITURE ALLEGATION

1. Upon conviction of the violation alleged in Count Three of this Information, the defendant shall forfeit to the United States: (A) his interest in any personal property that was used

or intended to be used to commit or to facilitate the commission of this violation; and (B) any property, real or personal, constituting or derived from, any proceeds that the defendant obtained, directly or indirectly, as a result of this violation, or traceable to this violation, pursuant to Title 18, United States Code, Sections 1030(i) and 1030(j).

2. The United States will also seek the forfeiture of the following specific property:

| Devices / Accounts | Devices / Accounts |
| --- | --- |
| USCP Device No. 3: 32GB SUPER TALENT USB | USCP Device No. 22: APPLE IPAD (DLXG2UU3DFJ3) |
| USCP Device No. 4: Samsung Galaxy S9 (356420093828788) | USCP Device No. 25: Apple MacBook Air (CO2HHBVDDJYC) |
| USCP Device No. 5: SCAN DISK 32GB USB | USCP Device No. 26: SAMSUNG TABLET (RF2D917HQXY) |
| USCP Device No. 6: SCAN DISK 16GB USB | USCP Device No. 28: Samsung MU-PT1T0B 1TB Ext SSD (S2WCNP0HA03637A) |
| USCP Device No. 7: SCAN DISK 16GB USB | USCP Device No. 29: SanDisk Ultra 64GB Marked w/ '1' (4C530001240917105240) |
| USCP Device No. 8: SCAN DISK 16GB USB | USCP Device No. 30: SanDisk Ultra 64GB Marked w/ '2' (4C530001081027123195) |
| USCP Device No. 9: USB MARKED US CAPITOL VISITOR CENTER | USCP Device No. 31: SanDisk Cruzer Blade 16GB |
| USCP Device No. 10: APPOLO IMAGINATION EXTERNAL HD | USCP Device No. 32: SanDisk Cruzer Blade 16GB |
| USCP Device No. 11: ASUS CPU TOWER (G3PDCG0007S8) | USCP Device No. 34: SanDisk Extreme 128GB Micro SD Card |
| USCP Device No. 16: Acer Laptop (HHD SN/ 3RC5Z4XR) | USCP Device No. 35: My Passport Wester Digital Hard Drive (WXF1AC60FHC3) |
| USCP Device No. 17: Google Laptop (COA 7C26G01NOX) | USCP Device No. 36: SAMSUNG GALAXY S6 (990007047969347) |
| USCP Device No. 18: Altel Cell Phone (15295000412881) | USCP Device No. 38: Key Logger |
| USCP Device No. 19: SAMSUNG GALAXY 6 EDGE (359714061495875) | USCP Device No. 39: Key Logger |
| USCP Device No. 20: Amazon Tablet (PW98VM) | USCP Device No. 44: Key Logger |
| Google Account: livefreeorpwn@gmail.com | Google Account: jacksoncosko@gmail.com |
| Twitter Account: @TrundleDaGreat | Twitter Account: @CongressOfShit |

3.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

**(Criminal Forfeiture,** pursuant to Title 18, United States Code, Sections 1030(i) and (j), and Title 21, United States Code, Section 853(p))

By: _____
ALESSIO D. EVANGELISTA
ATTORNEY OF THE UNITED STATES,
ACTING UNDER AUTHORITY CONFERRED
BY 28 U.S.C. § 515

5